STATE OF NORTH CAROLINA v. BILLY CORNWELL

No. 6930SC327

(Filed 23 July 1969)

APPEAL by defendant from *Martin, J.,* March-April Session 1969, CHEROKEE County Superior Court.

The defendant was charged, under a bill of indictment proper in form, with, on 4 February 1968, feloniously breaking into a building owned and occupied by Frank Craig, and in a second count with larceny of five cartons of cigarettes of the value of $10.00 from said building.

The record which we received had a multiple choice plea, and it did not indicate which one of the choices the defendant had elected. Likewise, the adjudication bearing date of 31 March 1969, had multiple choices shown thereon and no designation as to which one of the multiple choices shown on the form was the proper entry by the court.

In view of this record, we entered an order under date of 7 July 1969 that the corrected record be certified to this court to be attached to and made a part of the case on appeal. By certificate from the Clerk of Superior Court of Cherokee County dated 15 July 1969, we now have a correct transcript of plea which indicates that the defendant freely, understandingly and voluntarily entered a plea of guilty to the lesser offense of nonfelonious breaking and entering and larceny. The trial judge examined the defendant in open court as to his plea, and after said examination, the trial court adjudicated that the plea of guilty by the defendant was freely, understandingly and voluntarily made and was made without undue influence, compulsion or duress and without promise of leniency. Thereupon, the plea of guilty was ordered entered in the record.

The trial court imposed a sentence of two years in the common jail of Cherokee County to be assigned to work under the supervision of the North Carolina Department of Correction. There was a recommendation that the defendant be allowed to serve this sentence pursuant to the provisions of the work release program.

From the imposition of this judgment, the defendant took an appeal to this court.

*Attorney General Robert Morgan by Deputy Attorney General Harrison Lewis for the State.*

*Herman V. Edwards for defendant. appellant.*

CAMPBELL, J.

The attorney for the defendant candidly states in his brief:

"Counsel for the appellant-defendant has carefully examined the record and can find no prejudicial error disclosed therein, and appeals only upon the insistence of the appellant-defendant."

We have examined the record as corrected and now certified to this court, and no error appears therein.

Affirmed.

BROCK and MORRIS, JJ., concur.